UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 SEP 19 P 2: 03

Brett Goldberg, an individual,

                Plaintiff,

    v.

Name Administration Inc.,
a British West Indies corporation,

                Defendant.

Civil Action No.

3:05-CV-1314 (CFD)

September 16, 2005

VOLUNTARY DISMISSAL PURSUANT TO F.R.Civ.P. 41

Plaintiff, Mr. Brett Goldberg, through his counsel of record, submits as follows:

1.     The above-identified parties have reached a settlement of this dispute.

2.     The above-entitled action shall be, and the same hereby is, dismissed with prejudice.

3.     Each party shall bear its own costs and attorneys' fees.

MR. BRETT GOLDBERG

Dated: September 16, 2005     By: _____
Carrie Webb Olson (CT 22143)
Counsel for Plaintiff
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901
Phone: 203-353-6837
E-mail: colson@edwardsangell.com